**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                          Case No. _____

**VELEZ PEREZ, ANGEL A & NEGRON PANCORBO, ROSE MARY**          Chapter **13**
                              Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **1/18/2013**                             ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                         Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | |
|---|---|---|
| $ **455.00** x **60** | = $ | **27,300.00** |
| $_____ x _____ | = $ | _____ |
| $_____ x _____ | = $ | _____ |
| $_____ x _____ | = $ | _____ |
| $_____ x _____ | = $ | _____ |

TOTAL: $ **27,300.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **27,300.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed:  **/s/ ANGEL A VELEZ PEREZ**
              Debtor

              **/s/ ROSE MARY NEGRON PANCORBO**
              Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **CITIMORTGAGE**     Cr. _____     Cr. _____
# **77145**                  # _____       # _____
$     **13,572.00**          $ _____       $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____     Cr. _____     Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
   **CITIMORTGAGE**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

---

Attorney for Debtor **Jaime Rodriguez Law Office, PSC**                                  Phone: **(787) 797-4174**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE VELEZ PEREZ, ANGEL A & NEGRON PANCORBO, ROSE MARY    Case No. _____
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**LQV - $0.00**
**PRIORITIES - $7,380.56**

**1. "TAX REFUNDS, IF ANY, WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE FUNDS".**

**2. FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325 (A) (5)**

**3. DEBTOR INSTRUCTS TRUSTEE TO PAY ATTORNEY FEES BEFORE ANY SECURED OR PRIORITY CREDITOR UNDER 11 USC 330.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only